IN THE UNITED STATES DISTRICT COURT
FOR IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No. 1:07CV00407

| | |
|---|---|
| MICHAEL L. CARVER, DONALD COOK, BRANDON FISHER, JAMES MATTHEW LEVI, ERIC MARX, TED EDWARD RICE, JAYSON ALEXANDER RICHARDSON, and ANGELA SURRATT, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>VELOCITY EXPRESS CORPORATION; VELOCITY EXPRESS, INC.; VELOCITY EXPRESS SOUTHEAST, INC.; VELOCITY EXPRESS LEASING, INC.; VELOCITY EXPRESS LEASING SOUTHEAST, INC.; VELOCITY EXPRESS MID-ATLANTIC, INC.; and JOHN DOE VELOCITY EXPRESS PLAN ADMINISTRATOR<br><br>            Defendants. | |

**THE PARTIES' CERTIFICATION AND REPORT OF INITIAL ATTORNEYS' CONFERENCE AND REQUEST FOR INITIAL PRETRIAL CONFERENCE**

1. **Certification of Conference.** Pursuant to Fed. R. Civ. P. 26(f) and LR 16.1(A), the Initial Attorneys Conference was held by telephone on March 7, 2008 and concluded on March 14, 2008. The conference was conducted by Edward T. Hinson, Sr., Preston O. Odom III, and John P. Davis, counsel for Plaintiffs, Stephen D. Dellinger and Brian S. Clarke, counsel for Defendants, in the above-captioned case.

2. **Outcome of Initial Attorneys Conference**. During the IAC, the parties discussed the scope and nature of discovery needed in this action and made a good faith effort to resolve their differences. However, the parties continue to disagree on the nature and scope of

discovery in this action. Therefore, the parties respectfully request an Initial Pretrial Conference with the Court pursuant to Local Rule 16.1(G).

3. **Discovery Plan.**

The parties will submit separate proposed discovery plans and any briefs in support of their respective positions at least one week prior to the date set by the Court for the IPC.

4. Please identify any other matters regarding discovery or case management which may require the Court's attention:

None.

Dated this the 14th day of March, 2008.

| | |
|---|---|
| /s/ John Parke Davis | /s/ Brian S. Clarke |
| Edward T. Hinson, Jr., NC Bar #7795 | Stephen D. Dellinger, N.C. Bar #16609 |
| Preston O. Odom, III, NC Bar #29587 | Brian S. Clarke, N.C. Bar #26560, P.C. |
| John Parke Davis, NC Bar #34427 | LITTLER MENDELSON |
| JAMES, MCELROY & DIEHL, P.A. | 100 North Tryon Street, Suite 4150 |
| 600 South College St. | Charlotte, North Carolina 28202 |
| Charlotte, North Carolina 28202 | *Telephone:* 704.972.7000 |
| *Telephone*: 704.372-9870 | *Facsimile*: 704.333.4005 |
| *Facsimile*: 704.333-5508 | sdellinger@littler.com |
| Ehinson@jmdlaw.com | bclarke@littler.com |
| POdom@jmdlaw.com | |
| Jpdavis@jmdlaw.com | *Attorneys for Defendants* |

/s/ J. Neal Rodgers
J. Neal Rodgers., NC Bar #20587
LAW OFFICES OF J. NEAL RODGERS, PLLC
4000 Tuckaseegee Road
Post Office Box 66874
Charlotte, North Carolina 28266-8764
*Telephone*: 704.302-4111
*Facsimile*: 704.391-1905
Neal@njrodgerslaw.com

*Attorneys for Plaintiffs*

- 2 -

# CERTIFICATE OF SERVICE

    I hereby certify that on **March 14, 2008**, I electronically filed the foregoing **THE PARTIES' CERTIFICATION AND REPORT OF INITIAL ATTORNEYS' CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward T. Hinson, Jr., Esq.
*ehinson@jmdlaw.com*
Preston O. Odom, III, Esq.
*podom@jmdlaw.com*
John P. Davis, Esq.
*jpdavis@jmdlaw.com*
James, McElroy & Diehl
600 South College Street, Suite 3000
Charlotte, N.C. 28202

J. Neal Rodgers, Esq.
*neal@jnrodgerslaw.com*
Law Offices of J. Neal Rodgers PLLC
4000 Tuckaseegee Road
Charlotte, N.C. 28208

*Attorneys for Plaintiffs*

Stephen D. Dellinger
N.C. State Bar No. 16609
*sdellinger@littler.com*
Brian S. Clarke
N.C. State Bar No. 26560
*bclarke@littler.com*
LITTLER MENDELSON, P.C.
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, North Carolina 28202
*Telephone*: 704.972.7000
*Facsimile*: 704.333.4005

*Attorneys for Defendants*